Daniel N. Katibah (293251)
*dkatibah@nkllp.law*
NIELSEN KATIBAH LLP
2356 Gold Meadow Way, Suite 240
Gold River, CA 95670
Telephone: (415) 693-0900
Facsimile: (415) 693-9674

Attorneys for Defendant
Penn-Star Insurance Company

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| VICTOR R. GONZALEZ, as TRUSTEE of the VRG INVESTMENT TRUST; JAGAT SINGH BADESHA, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>GLOBAL INDEMNITY GROUP, LLC, a Delaware Limited Liability Company; PENN-STAR INSURANCE COMPANY, a Pennsylvania Corporation; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case 1:25-cv-00364-JLT-SKO<br><br>**ORDER GRANTING JOINT STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT DEADLINES**<br><br>(Doc. 16) |

Having considered the parties' Joint Stipulation to Amend Scheduling Order ("Joint Stipulation"), (Doc. 16), and for good cause shown, it is hereby **ORDERED** that the following dates set forth in the July 3, 2025 Scheduling Order, (Doc. 15), are **VACATED** and **CONTINUED**

according to the revised schedule below:[1]

| EVENT | PREVIOUS DEADLINE (Doc. 15) | NEW DEADLINE |
|---|---|---|
| Percipient/Fact Discovery Cutoff, Including Motions to Compel | June 15, 2026 | December 18, 2026 |
| Expert Disclosure Deadline | July 15, 2026 | January 15, 2027 |
| Rebuttal Expert Disclosure Deadline | August 15, 2026 | February 15, 2027 |
| Expert Discovery Deadline, Including Motions to Compel | September 15, 2026 | March 16, 2027 |
| Non-Dispositive Pre-Trial Motions Filing Deadline | September 30, 2026 | March 30, 2027 |
| Non-Dispositive Pre-Trial Motions Hearing Deadline | November 4, 2026 | May 5, 2027 |
| Dispositive Pre-Trial Motions Filing Deadline | October 14, 2026 | April 14, 2027 |
| Dispositive Pre-Trial Motions Hearing Deadline | November 18, 2026 | May 19, 2027 |
| Pre-Trial Conference | February 22, 2027 | August 16, 2027 |
| Trial | April 20, 2027 | October 13, 2027 |

IT IS SO ORDERED.

Dated:  **January 9, 2026**                              /s/ *Sheila K. Oberto*
                                                                    UNITED STATES MAGISTRATE JUDGE

---

[1] Some of the parties' proposed dates were modified to comport with the Court calendar.